IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| JOHN CORNER, *et al.*,<br><br>  Plaintiffs,<br><br>vs.<br><br>WINDY CITY EXPRESS FREIGHT, *et al.*,<br><br>  Defendants.<br><br>UNITED OHIO INSURANCE COMPANY, *et al.*,<br><br>  Plaintiffs,<br><br>vs.<br><br>ELVIN RATLIFF, *et al.*,<br><br>  Defendants. | CASE NO. 3:25-cv-0916-DAC<br>      3:25-CV-1906-DAC<br><br>MAGISTRATE JUDGE DARRELL A. CLAY<br><br>**ORDER OF CONSOLIDATION** |

On May 6, 2025, Defendants in Case No. 3:25-cv-0916 removed a case from the Henry County (OH) Court of Common Pleas to this Court. On August 13, 2025, all parties in that case consented to my exercising jurisdiction over the matter pursuant to 28 U.S.C. § 636(c), and it was transferred to my docket on October 9, 2025.

Meanwhile, on September 10, 2025, Defendants in Case No. 3:25-cv-1902 removed a case from the Henry County (OH) Court of Common Pleas to this Court. The Civil Cover Sheet in that matter indicates it is related to Case No. 3:25-cv-0916. On October 7, 2025, all parties in Case No. 3:25-cv-1902 consented to my exercising jurisdiction over the matter pursuant to 28 U.S.C. § 636(c), and it was transferred to my docket later on October 9, 2025.

Having reviewed both Complaints, they each arise from an accident that occurred on November 9, 2023. The defendants in both cases are the same: Windy City Express Freight, Inc.

1

and Elvin Ratliff. Judicial economy and efficiency favor consolidation of these cases pursuant to Local Civil Rule 3.1. Accordingly, for good cause shown and in the interests of justice,

**IT IS HEREBY ORDERED, ADJUDGED, and DECREED** that Case Nos. 3:25-cv-0916 and 3:25-cv-1902 are consolidated, with Case No. 3:25-cv-0916 designated lead case. All further filings are to be made exclusively in Case No. 3:25-cv-0916.

**SO ORDERED.**

Dated: October 17, 2025

_____
DARRELL A. CLAY
UNITED STATES MAGISTRATE JUDGE